# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **MILDRED SUZANNE MCGREGOR,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:22-cv-761-ALM-KPJ** |
| **NEWREZ, LLC,** *doing business as* | § | |
| **SHELLPOINT MORTGAGE** | § | |
| **SERVICING, and WELLS FARGO** | § | |
| **BANK N.A., as TRUSTEE,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 10, 2023, the Magistrate Judge entered an Order and Report and Recommendation (Dkt. #27) that Plaintiff Mildred Suzanne McGregor's claims against Defendants NewRez, LLC d/b/a Shellpoint Mortgage Servicing and Wells Fargo Bank N.A., as Trustee, should be dismissed without prejudice for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in this action against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED this 28th day of July, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE